93-3360

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 14 2000

IN RE: ASBESTOS PRODUCTS     )
LIABILITY LITIGATION (NO. VI) )
                              )   MDL 875
                              )
This Document Relates to United States )
District Court for Maryland   )
                              )
(See Attachment A)            )
                              )

AND NOW, this *11th* day of *August*, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

Charles R. Weiner